IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALDINE WHITING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:09cv459-WHA |
| ) | |
| AFNI, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. #32), filed on this day, and for good cause shown, it is hereby

ORDERED that the Defendant Trans Union, LLC is DISMISSED with prejudice, the parties to bear their own costs.

All Defendants now having been dismissed, the clerk of court is DIRECTED to close this file.

DONE this 24th day September, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE